```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 13881
   JOSE ANTONIO PACHECO
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-0946
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/30/08 .

   2.  The case was dismissed without confirmation, 08/22/2008.

   3.  The Debtor paid a total of $   2050.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| DUPAGE COUNTY COLLECTOR | SECURED | .00 | .00 | 664.26 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | 261.30 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | 261.30 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | .00 | .00 | 559.92 |
| POLO CLUB POINTE CONDO A | SECURED | .00 | .00 | 127.89 |
| AMERICAN | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| BARR MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| BRUCE E ADELMAN & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CAINE & WEINER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHECK CHANGERS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| GENOS FINE WINE & SPIRIT | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| MILLENIUM CREDIT CONSULT | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

```
HSBC                        UNSECURED      NOT FILED            .00         .00
RAUCH-MILLIKEN INT'L        UNSECURED      NOT FILED            .00         .00
OPTIMA CARD                 UNSECURED      NOT FILED            .00         .00
WEST ASSET MANAGEMENT       UNSECURED      NOT FILED            .00         .00
DOMINICKS                   UNSECURED      NOT FILED            .00         .00
FRYS ELECTRONICS            UNSECURED      NOT FILED            .00         .00
HSBC                        UNSECURED      NOT FILED            .00         .00
JD FACTORS                  UNSECURED      NOT FILED            .00         .00
NATIONAL PEN                UNSECURED      NOT FILED            .00         .00
     Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED      OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00         .00         .00
PRINCIPAL PAID    1874.67          .00          .00         .00     1874.67
INTEREST PAID         .00          .00          .00         .00         .00
TOTAL PAID        1874.67          .00          .00         .00     1874.67
```

The Debtor's attorney, SCOTT A BENTLEY                , was allowed $      .00
and was paid $       .00 .

The Trustee received $    115.44 .

Refunds to the Debtor totaled $     59.89 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/13/08                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 08 B 13881 JOSE ANTONIO PACHECO